IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02082-GPG

KENNETH A. MORRIS,

    Applicant,

v.

[NO NAMED RESPONDENTS],

    Respondents.

---

ORDER OF DISMISSAL

---

    Applicant Kenneth A. Morris is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the United States Penitentiary in Florence, Colorado. On September 21, 2015, Applicant initiated this action by filing a Letter that states he is challenging the calculation of his sentence but the legal department is denying the forms he needs to file a 28 U.S.C. § 2241 action in this Court.

    In an Order to Cure Deficiencies entered on September 23, 2015, Magistrate Judge Gordon P. Gallagher told Applicant that forms usually are provided by either the prison's legal assistance or a prisoner's case manager and are available at www.cod.uscourts.gov. Because Applicant failed to provide to the Court any documentation that he had submitted a request for the forms and his request was denied, he was directed first to obtain the forms as stated above. In the September 23 Order, Magistrate Judge Gallagher directed Applicant's case manager or the facility's legal assistant to provide Applicant, as previously arranged by the Court and the prison facility,

1

the forms necessary to proceed with this action.   Applicant also was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Applicant has now failed to communicate with the Court.   As a result, he has failed to cure the deficiencies within the time allowed.   The Court, therefore, will dismiss the action.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.   See *Coppedge v. United States*, 369 U.S. 438 (1962).   If Applicant files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this 30th day of October, 2015.

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
LEWIS T. BABCOCK, Senior Judge
United States District Court