IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02082-LTB

KENNETH A. MORRIS,

    Applicant,

v.

[NO NAMED RESPONDENTS],

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Christine M. Arguello, District Judge, on October 30, 2015, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 30 day of October, 2015.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ A. García Gallegos
                    Deputy Clerk